■ (A) HARRY WEINBERG v. LOUIS GREISS. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ. (B) NOAH T. GREENE v. CHARLES B. FOLKS, as President of Local 431. Concur — Rabin, J. P., McNally, Stevens,

Eager and Steuer, JJ. [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals, and for a stay, denied, with $10 costs.
■ (A) In the Matter of FREDERICK A. COLLINS, JR. et al. v. LUCIA B. COLLINS. (B) VICTOR RAFKIN v. CONTINENTAL DIAMOND MINES, INC.— [In each action] Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.
■ (A) 11 WEST 42ND STREET, INC. v. ELZEE REALTY CORP. et al. (B) THOMAS WYNN v. ANTHONY PARISI et al.— [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.